UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. HAYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00742-JDP<br><br>ORDER GRANTING MOTION TO LIFT STAY<br><br>ECF No. 3 |

For good cause shown, plaintiff's motion to lift the stay, ECF No. 3, is granted. The court orders the clerk to issue summons and a briefing schedule.

IT IS SO ORDERED.

Dated: __October 30, 2020__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE